# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Pedro Zambrano**; DOB: 2002; United States citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07198MJ |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 16, 2021, in the District of Arizona, **Jose Pedro Zambrano**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Abram Cuevas-Marcial, Tania Marisol-Campos, Jose Hernando Lopez-Nolasco, and Jose David Sorto-Dia, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about April 16, 2021, in the District of Arizona, **Jose Pedro Zambrano**, knowing and in reckless disregard of the fact that certain illegal aliens, including Abram Cuevas-Marcial, Tania Marisol-Campos, Jose Hernando Lopez-Nolasco, and Jose David Sorto-Dia, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 16, 2021, in the District of Arizona (North Komelik), Border Patrol Agents (BPAs) were working the checkpoint located on Federal Route 15 (FR-15) at mile marker 30, when a 2012 Dodge Challenger approached the checkpoint. The Challenger did not stop at the stop sign, so the BPA struck the side of the car and yelled for the Challenger to get the driver's attention to stop. The driver stopped and rolled down his window. The BPA directed the driver to the secondary area, but the driver accelerated. The BPA deployed the controlled tire deflation device puncturing the rear left tire of the Challenger. The Challenger came to a stop two miles from the checkpoint. The driver, identified as **Jose Pedro Zambrano, Jr.**, was placed under arrest. The four passengers in the vehicle said they were illegally present in the United States.

In a Post *Miranda* statement **Jose Pedro Zambrano, Jr.** said that he was contacted via SnapChat to pick up four undocumented people for $800 USD to drive them to Phoenix. **Zambrano** said he was directed to a mile marker on Indian Route 2, where there were people waiting and entered his car. **Zambrano** told the passengers that he needed money for gas, so one of the people gave **Zambrano** a Mexican bank card to use to fill up with gas. **Zambrano** stopped on SR-86 at mile marker 156 and dropped off the undocumented people while he drove into Tucson to get gas. **Zambrano** returned and picked up the undocumented people. This is when **Zambrano** came to the checkpoint. **Zambrano** said he knew what he was doing was illegal.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

Detention Requested
   Being duly sworn, I declare that the foregoing is
   true and correct to the best of my knowledge.
AUTHORIZED BY:   AUSA JAA/mh

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
Border Patrol Agent
Pedro Leon

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 19, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54